STATE BANK, Appellant, *v.* OREGON-WASHINGTON RAIL-
ROAD AND NAVIGATION COMPANY et al., Respondents.

ARTHUR Y. DALZIEL, as Trustee of LOUIS TAUB, Appel-
lant, *v.* OREGON-WASHINGTON RAILROAD AND NAVIGA-
TION COMPANY et al., Respondents.

*Appeal — unanimous order of Appellate Division directing judgment on
submission of controversy — appeal without permission from judgment
dismissed.*

*State Bank* v. *Oregon-Washington R. R. & Nav. Co.*, 219 App. Div.
394, appeal dismissed.

*Dalziel* v. *Oregon-Washington R. R. & Nav. Co.*, 219 App. Div. 394,
appeal dismissed.

(Argued May 1, 1928; decided May 11, 1928.)

APPEAL, in each of the above-entitled actions, from a
judgment entered August 5, 1927, upon an order of the
Appellate Division of the Supreme Court in the first
judicial department, unanimously directing judgment
in favor of defendants upon the submission of a con-
troversy upon an agreed statement of facts.

*David Haar* and *Max Silverstein* for appellants.

*William C. Cannon, Theodore Kiendl* and *George M.
Skinner* for respondents.

Appeals dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JOHN T. DWANE, Respondent, *v.* BERLIN & JONES COM-
PANY, INC., Appellant, Impleaded with Another.

*Commissions — services — action to recover commissions on yearly profits
of corporation — Federal income tax not deducted before computation.*

*Dwane* v. *Berlin & Jones Co., Inc.*, 223 App. Div. 712, affirmed.
(Argued May 1, 1928; decided May 11, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered February 20, 1928, affirming a judgment in favor